◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTHERN_____

Leon Vann

V.

Pactiv Corporation and Louisiana-Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 50 - WKW

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o Bernard Taylor
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  1/18/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____NORTHERN_____

Leon Vann

**SUMMONS IN A CIVIL ACTION**

V.

Pactiv Corporation and Louisiana-Pacific Corporation

CASE NUMBER: 2:07 CV 50 - WKW

TO: (Name and address of Defendant)

Pactiv Corporation
c/o John C. Berghoff, Jr.
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL  60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              1/18/07
CLERK                                                           DATE

(By) DEPUTY CLERK