**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    PACTIV Corporation
    c/o John C. Berghoff, Jr.
    Mayer, Brown, Rowe & Maw, LLP
    71 South Wacker Drive
    Chicago, Illinois 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]            ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   R. SHIBA                      JAN 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07cv50
   S&C

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0006 2337 8054

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540