IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON VANN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:07cv50-LES |
| | ) |
| PACTIV CORPORATION, et al, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the motion to appear pro hace vice by attorneys Orlyn Lockard, Douglas Sheppard Arnold, and Bernard Taylor, Sr. (doc. # 9) filed on February 27, 2007. Upon consideration of the motion and for good cause, it is

ORDERED that the motion (doc. # 9) be and is hereby GRANTED. Attorneys Lockard, Arnold and Tayler shall file notices of appearance with this court.

Done this 6th day of March, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE